**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA WILLIAMS, | Case No. CV 22-2525 FMO (AFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BOWLIUM ENTERPRISES, LLC, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 20th day of July, 2022.

/s/<br>
Fernando M. Olguin<br>
United States District Judge